AO 247 (Rev.  08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>JOSPEH VALINSKY | )<br>)<br>)<br>)<br>) |

Date of Original Judgment:   2-27-2013

Date of Previous Amended Judgment:

*(Use Date of Last Amended Judgment if Any)*

Case No:   12-00069-004

USM No:   12633-003

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   70   months **is reduced to**   60 months   .

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated   2-27-2013   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   5-1-2015

Callie V.S. Granade
U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S.
Government, ou=Federal Judiciary,
email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.05.01 13:09:17 -06'00'

*Judge's signature*

Effective Date:   11-1-2015

*(if different from order date)*

United States District Judge

*Printed name and title*